**DYKEMA GOSSETT** LLP
BRIAN H. NEWMAN, State Bar No. 205373
  *BNewman@dykema.com*
CHRIS S. PACETTI, State Bar No. 231968
  *CPacetti@dykema.com*
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.,
erroneously sued as "JPMORGAN CHASE BANK"

**DYKEMA GOSSETT LLP**
**444 SOUTH FLOWER STREET**
**SUITE 2200**
**LOS ANGELES, CALIFORNIA 90071**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JITENDER SHARMA and SHILPI SHARMA,<br><br>    Plaintiffs,<br><br>    v.<br><br>JPMORGAN CHASE BANK; QUALITY LOAN SERVICE; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | Case No.: 2:26-cv-01015-DJC-JDP<br><br>(Removed from Placer County Superior Court – Case No. S-CV0057092)<br><br>*Assigned to District Judge Daniel J. Calabretta, Courtroom 7*<br><br>*Referred to Magistrate Judge Jeremy D. Peterson Courtroom 9*<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER**<br><br><br>Removal Date:    March 19, 2026<br>Trial Date:    None Set |

Plaintiffs JITENDER SHARMA and SHILPI SHARMA ("Plaintiffs") and Defendant JPMORGAN CHASE BANK, N.A. (erroneously sued as "JPMORGAN CHASE BANK") ("Chase"), by and through their attorneys of record in this case, stipulate and agree as follows:

WHEREAS, Plaintiffs filed this action on February 18, 2026 in the Superior Court of the State of California, County of Placer (the "State Court Action").

WHEREAS, Chase removed the State Court Action to the United States District Court for the Eastern District of California on March 19, 2026.

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

WHEREAS, Chase's responsive pleading is currently due on March 26, 2026.

WHEREAS, counsel for Chase only recently received Plaintiffs' Complaint, which is 267 pages, on March 17, 2026. Counsel for Chase needs additional time to review Plaintiffs' Complaint and the background facts of this matter in order to respond to the complaint.

IT IS HEREBY STIPULATED by and between Plaintiffs, on the one hand, and Chase, on the other hand, that Chase shall have an extension of 14 days to answer, move, or otherwise respond to Plaintiff's complaint to and including April 9, 2026

DATED:  March 25, 2026          DYKEMA GOSSETT LLP


By:  _____
     BRIAN H. NEWMAN
     CHRIS S. PACETTI
     Attorneys for Defendant
     JPMORGAN CHASE BANK, N.A.,
     erroneously sued as "JPMORGAN CHASE
     BANK"

DATED:  March 25, 2026          LAW OFFICES OF ADELA ALEXANDER APC


By:  _____/s/ Keith Lorenze_____
     KEITH LORENZE
     Attorney for Plaintiffs JITENDER SHARMA and
     SHILPI SHARMA
     (as Authorized on March 25, 2026)

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

**<u>ORDER</u>**

The Court, having considered the stipulation submitted herewith, hereby enters the following order:

Defendant JPMorgan Chase Bank, N.A.'s deadline to file a responsive pleading to Plaintiff's Complaint shall be extended to April 9, 2026.

IT IS SO ORDERED.

Dated:  March 26, 2026                    /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

**DYKEMA GOSSETT LLP**
**444 SOUTH FLOWER STREET**
**SUITE 2200**
**LOS ANGELES, CALIFORNIA 90071**

3                    Case No. 2:26-cv-01015-DJC-JDP
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT