**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JITENDER SHARMA, ET AL., | Case        2:26-cv-01015-DJC-JDP |
|    Plaintiff, | |
|     v. | **ORDER** |
| JPMORGAN CHASE BANK, ET AL., | |
|    Defendant. | |

The Court, having reviewed the Stipulation of Quality Loan Service Corporation ("Quality") and Plaintiffs, Jitender Sharma and Shilpi Sharma ("Plaintiffs"), that Quality will be bound by any nonmonetary judgment and for Quality's nonparticipation in this Action, and good cause having been shown, the Court hereby orders as follows:

1.     Defendant Quality Loan Service Corporation shall no longer be required to participate in this action;

2.     Defendant Quality shall be bound by whatever order or judgment is issued by this Court relating to the subject Deed of Trust or Subject Property that is the subject of this action or proceeding, provided such order or judgment is for non-monetary relief only;

////

1
ORDER

3.      Plaintiff shall not seek and is prohibited from seeking any order or judgment for monetary awards or damages, including attorneys' fees or costs against Defendant Quality Loan Service Corporation in connection with this matter.

**IT IS SO ORDERED.**

Dated:  June 8, 2026                    /s/ Daniel J. Calabretta

                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE